# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BILLIE BURNSED,**

     **Plaintiff,**

**v.**               **Case No:  6:11-cv-1824-Orl-31DAB**

**AVENUE SHOPPES, LLC,**

     **Defendant.**

_____

## ORDER

This matter is before the Court *sua sponte*.  A suggestion of Plaintiff's death was filed in this case on October 1, 2012 (Doc. No. 22).  The case was subsequently stayed through December 31, 2012, pending the filing of a motion for substitution for the plaintiff of a party or the plaintiff's successor or representative (Doc. No. 23).   Such a motion has not been filed.  Therefore, it is

  **ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.  The Clerk is directed to close the file.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 8, 2013.

                _____
                **GREGORY A. PRESNELL**
             **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party